IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**In the Matter of the Search of**
**premises known as:**                              Case No. 21-mj-08206-TJJ

**2004 Pontiac Grand Prix (Grey)**
**Bearing Kansas License Plate 171 NPE**
**And Vehicle Identification Number (VIN):**
**2G2WS522241277327**

### APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

I, Ryan M. Padilla, a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) of the Federal Bureau of Investigation and have been so since January 2021. I am also a sworn Officer with the Lawrence, Kansas Police Department and have been since June 2012. I was promoted to the rank of Detective in March 2018. As a TFO, my duties include the investigation of criminal violations of Title 18 of the United States Code, particularly crimes of violence. During my career, I have developed evidence that was used as probable cause for search warrants and have participated in all aspects of search warrants for violent crime offenses. The information in this affidavit and application comes from my personal involvement in the investigation of a bank robbery, as well as reports and information provided to me by other investigating officers.

2. This affidavit is in support of a search warrant for the vehicle registered to Davonte Laron Chaney. The vehicle is a grey 2004 Pontiac Grand Prix, bearing Kansas license plate 171 NPE and Vehicle Identification Number (VIN): 2G2WS522241277327.

1

## BANK ROBBERY

3. On Tuesday, September 21, 2021, Lawrence, Kansas Police Department officers were dispatched to Truity Credit Union, 2221 W. 31st Street, Lawrence, Douglas County, Kansas in reference to an armed robbery which had just occurred.

4. Upon arrival, investigators made contact with the following employees of Trinity Credit Union, who were in the credit union at the time of the robbery: A.F., C.F., E.C., G.K., and L.E. All the employees advised they were standing behind the teller counter when a subject dressed in all black walked into the credit union through the east door, pointed a gun at them, and instructed them all to get down on the ground. All the employees complied with the suspect and the suspect began asking who had money.

5. E.C. advised she told the suspect she had cash in her desk drawer which was across the lobby. A.F. was then handed a white Wal-Mart grocery sack by the suspect and was told to put the money in the bag. A.F. went over to E.C.'s desk and placed all the money into the grocery sack, along with the bait money with the following serial numbers: MJ00637731A ($20.00), JJ29329861B ($20.00), JL01474882C ($20.00). A.F. then brought the sack back to the suspect and the suspect instructed her to get back on the ground.

6. The suspect then handed the grocery sack to L.E., who placed all of the money from her drawer into the bag. The bag was then handed to G.K. by the suspect and G.K. placed all of his drawer money, including the bait money into the grocery sack. The bait money's serial numbers are: JD13671739D ($20.00), ML16336311B ($20.00), ML16336313B ($20.00). After gathering the money from the three drawers, for a total of $6,087.35, the suspect left the credit union and is last seen by A.F. and G.K. walking westbound in front of the credit union.

7. The Truity Credit Union is federally-insured by the National Credit Union Administration, a

U.S. Government Agency.



8. All of the employees described the suspect as a younger (25-30 years of age) black male with an average black skin tone. The employees advised the suspect was tall (over 6') and had an average build of around 200 pounds. They all advised the suspect was wearing a black hooded sweatshirt which he had pulled tight covering his face and also had a black face mask on. L.E. advised the suspect was wearing very distinct speckled colored tennis shoes which had orange on them as well. G.K. and C.F. also identified the pistol as a black semi-automatic gun which was smaller in size.

9. Investigators later recovered video surveillance from Truity Credit Union and observed the suspect is a taller black male with a large-bridged nose. The suspect is wearing an all-black Ralph Lauren Polo hooded sweatshirt which has a white polo emblem on the left breast area. The suspect had the hood up and pulled tight around his face. The suspect is wearing a plain

black face mask which is covering the lower portion of his face. The suspect also has on black and gray colored joggers (jogging pants) which have a white unidentified emblem on the thigh area of the left leg. Sticking out between the sweatshirt and joggers is a red piece of clothing believed to be red athletic shorts or pants underneath the joggers. The suspect also had on light colored gloves.





10. The suspect was also wearing tennis shoes which were black and had a gray/white speckled sole. The shoes had an orange Nike Swoosh on the top of the shoes and an orange design on the heel of the shoe. Based on the design of the soles, investigators immediately identified the shoes as Nike Air Foamposites (Safari Print).

11. Investigators reviewed the outside video surveillance from Truity Credit Union which covered the west entrance and the drive-through lanes. Investigators observed after the suspect is seen walking westbound in front of the credit union, he is then captured on the camera which covers the drive-through, running southbound on the west side of the credit union. The suspect continues running towards a path which leads directly into the northeast corner of The Reserve Apartments (hereinafter referred to as "The Reserve"), 2511 W. 31st Street, Lawrence, Douglas County, Kansas. Truity Credit Union employees closed the blinds of the drive-

through after the robbery and the suspect is no longer seen on camera.

12. Believing the suspect came from the same pathway which comes from The Reserve, investigators began reviewing the drive-through video surveillance before the robbery. At approximately 9:06 a.m., a subject wearing all black is captured emerging from the northeast corner of The Reserve and walking eastbound through a field behind Truity Credit Union. The subject then turns around and walks back westbound to The Reserve. At approximately 9:08 a.m., investigators believe the same subject in all black walks back eastbound in the field from The Reserve and towards the back of Mass Street Beverage and Subway, 3131 Nieder Road, Lawrence, Douglas County, Kansas.

13. At approximately 9:21 a.m., the suspect, identified by his clothing, is seen walking from behind Subway to the dumpster area of Casey's, 3111 Nieder Road, Lawrence, Douglas County, Kansas, which is located on the south side of Casey's. The suspect is seen walking around the dumpster area and then at 9:24 a.m., the suspect is captured walking northbound behind Casey's to the north side of the parking lot and out of camera view.

14. At approximately 9:29 a.m., the suspect is seen walking into the parking lot of Truity Credit Union and attempting to open the back door of a white Nissan Rogue parked in the parking lot.



15. When the suspect cannot make entry into the vehicle, he walks back eastbound to the north corner of Casey's parking lot and goes out of camera view.

16. At 9:35 a.m., the owner of the white Nissan leaves the bank, and at 9:37 a.m., the suspect appears again on camera walking westbound towards the west entrance of Truity Credit Union and eventually enters the bank. The suspect is seen at 9:39 a.m., coming out of the bank and walking northbound around the front of the bank. Investigators observed as the suspect exited the bank, he can be seen placing the white grocery sack underneath his hooded sweatshirt.

17. After observing the suspect come from and leave towards The Reserve, LPD Detective Nicholson reviewed video surveillance from the entrance of The Reserve. Detective Nicholson observed at approximately 9:03 a.m., a dark gray Pontiac Grand Prix pulls into the entrance of The Reserve and travels eastbound around the roundabout. Detective Nicholson noted on the Truity Credit Union video surveillance that the northeast corner of The Reserve was visible and any vehicles driving past could be seen. Detective Nicholson noted the dark gray Pontiac was never seen traveling south of the northeast corner of the complex.

18. Detective Nicholson next sees the Pontiac at approximately 9:41 a.m., a minute after the suspect was seen running towards The Reserve, coming from the northeast corner and exiting

the complex. Detective Nicholson also reviewed video surveillance from earlier in the morning and observed the Pontiac pull into the round-about and then immediately exit the complex at approximately 8:40 a.m. Detective Nicholson noted the dark gray Pontiac had dark tinted windows, 5 spoke star rims, a short spoiler on the trunk, and a sunroof.

19. Detective Nicholson was then able to track the Pontiac based on the distinct features of the vehicle and the time frame it was seen on The Reserve video. Detective Nicholson reviewed video surveillance from Casey's and Target and captured the Pontiac multiple times in the area prior to the robbery. Detective Nicholson first sees the Pontiac at approximately 8:39 a.m. traveling northbound on the frontage road of Target coming from W. 33rd Street and then turning westbound onto W. 31st Street.

20. Detective Nicholson sees the Pontiac again at approximately 8:44 a.m. turning southbound onto Neider Road from traveling eastbound on W. 33rd Street. Detective Nicholson tracks the Pontiac as it pulls into the parking lot area of Great Clips, 3140 Iowa Street, and out of camera view. After the Pontiac leaves camera view, Detective Nicholson observes a subject in all black clothing walking northbound on the frontage road of Target. The subject can be seen walking to the area of Mass Street Beverage and then cutting back across the Target parking lot towards the parking lot of Great Clips. A few moments after the suspect is out of camera view in the Great Clips parking lot, Detective Nicholson observes the Pontiac traveling northbound on the frontage road at approximately 9:03 a.m.

21. Using the video surveillance in the area, Detective Nicholson then reviewed traffic cameras located around the City of Lawrence to locate the Pontiac before it appears on the frontage road at 8:39 a.m. Detective Nicholson was able to locate the Pontiac at 8:32 a.m. traveling southbound at 31st and Iowa Street and then turning westbound onto W. 31st Street. The

Pontiac makes a u-turn at 31st and Neider, turns back northbound onto Iowa Street, and then is captured traveling back southbound on Iowa Street towards 33rd Street.

22. Detective Nicholson was able to back-track the Pontiac on Iowa Street before the intersection of W. 31st and Iowa Street. Through back-tracking the Pontiac, Detective Nicholson located it first appearing on traffic cameras traveling southbound at the intersection of W. 2nd Street and McDonald Drive at approximately 8:27 a.m. Detective Nicholson used the automated license plate reader located at the intersection to identify the vehicle was bearing Kansas license plate 171NPE. Detective Nicholson checked the license plate through Kansas State Files and observed it returned to Davonte Laron Chaney, 3010 N. 76th Street, Kansas City, Kansas, 66109 registered to a 2004 Pontiac Grand Prix.



23. Detective Nicholson then checked the license plate through all Automatic License Plate Readers (ALPRs) in the city and observed the plate had hit multiple times on September 21, 2021. Through traffic cameras and ALPRs, Detective Nicholson was able to track the Pontiac after the robbery occurred. Detective Nicholson tracked the Pontiac northbound on Kasold Drive, westbound on Clinton Parkway and then southbound on Wakarusa Drive. The Pontiac then gets onto K-10 Highway and gets off at the intersection of W. 31st Street and Haskell Avenue. The Pontiac then travels northbound on Haskell Avenue, eastbound on E. 23rd Street and then northbound on Massachusetts Street. The Pontiac eventually travels through the ALPR at N. 2nd and Locust Street at 10:05 a.m. and is seen turning eastbound into the entrance of I-70 at N. 3rd and KTA.



24. Detective Nicholson observed Mr. Chaney had local history in Lawrence and had a Douglas County mugshot from an arrest in 2015. Detective Nicholson reviewed the mugshot and the

descriptors of Mr. Chaney (a 29-year-old black male, approximately 6'01"/180lbs, with short black hair, brown eyes) and believed Mr. Chaney appeared very similar to the suspect of the bank robbery. Detective Nicholson contacted Affiant with the information.

25. On Tuesday, September 28, 2021, Federal Bureau of Investigation personnel located the dark gray 2004 Pontiac Grand Prix, bearing Kansas license plate 171 NPE, parked at the residence of 3010 North 76th Street, Kansas City, Kansas.

26. Using law enforcement resources, investigators know David Laron Chaney, date of birth (DOB): March 18, 1992, lists 3010 North 76th Street, Kansas City, Kansas as his home address as recent as August 2021.  An unemployment claim filed by Chaney lists the home address of 3010 North 76th Street, Kansas City, Kansas, along with previous employment information.  An active "Tax Warrant" associated to Chaney also lists the home address of 3010 North 76th Street, Kansas City, Kansas.

27. Also on September 28, 2021, investigators observed Chaney leaving the residence in the 2004 Pontiac Grand Prix, bearing license plate 171 NPE.  FBI surveillance followed Chaney and confirmed Chaney was the only occupant of the vehicle.  Chaney stopped at the Family Dollar, located at 8049 Leavenworth Road, Kansas City, Kansas and purchased items at the business.  Chaney continued to be the only subject associated with the Pontiac Grand Prix.  Affiant responded to the Family Dollar, located at 8049 Leavenworth Road, Kansas City, Kansas to review surveillance video and confirmed the identity of Chaney.

28. Chaney was observed returning to the residence, 3010 North 76th Street, Kansas City, Kansas, in the Pontiac Grand Prix and was alone.  Chaney parked the vehicle outside of the residence and entered the residence.  Chaney left the residence a short time later and surveillance has continued at the time of the application of this search warrant.

29. Detective Nicholson reviewed surveillance video from Truity Credit Union on the day before the robbery (September 20, 2021). Detective Nicholson located the Pontiac Grand Prix circling the area of the Truity Credit Union on that day.

## CONCLUSION

30. Based on the descriptors provided by bank employees being similar to Mr. Chaney, Mr. Chaney's vehicle seen circling the bank prior to the robbery, a subject dressed in all black clothing seen walking to and from the Pontiac prior to the robbery, and the Pontiac being in the area of The Reserve at the same time the suspect is seen there, Affiant believes the dark gray Pontiac, bearing Kansas license plate 171NPE, is related to the credit union robbery. Affiant believes evidence pertaining to the robbery of Truity Credit Union is located inside the Pontiac Grand Prix and the residence of 3010 N. 76th Street, Kansas City, Kansas.

31. Furthermore, to complete a more thorough investigation of the credit union robbery, Affiant requests that a search warrant be issued for a dark gray Pontiac, bearing Kansas license plate 171NPE (VIN: 2G2WS522241277327), registered to Davonte Laron Chaney at 3010 N. 76th Street, Kansas City, Kansas.

32. Based on the aforementioned factual information, your Affiant respectfully submits that there is probable cause to believe that fruits or instrumentalities of the crime of bank robbery, in violation of Title 18, United States Code, Sections 2113(a) and 2113(d).

33. Your Affiant seeks authority to search the vehicle, a grey 2004 Pontiac Grand Prix, bearing Kansas license plate: 171 NPE. Vehicle Identification Number (VIN): 2G2WS522241277327.

34. Based upon the foregoing, my training and experience, and through the evidence gathered in the course of this investigation, I believe there is probable cause that the items listed in Attachment A, incorporated by reference herein, which is property that constitutes evidence

and/or fruits and instrumentalities of criminal offenses, are located in the grey 2004 Pontiac Grand Prix, bearing Kansas license plate 171 NPE and Vehicle Identification Number (VIN): 2G2WS522241277327.

------

RYAN PADILLA
Task Force Officer
Federal Bureau of Investigation

Sworn and attested by affiant via telephone, after being submitted to me by reliable electronic means on this 28th day of September, 2021.

------

HONORABLE JAMES P. O'HARA
Chief United States Magistrate Judge
District of Kansas

13

ATTACHMENT A:

ITEMS TO BE SEARCHED FOR:

1. A black hooded Ralph Lauren Polo sweatshirt with a small white Polo emblem on the left breast area

2. A pair of black and gray men's joggers (jogging pants) with a light-colored emblem on the left thigh area

3. Any/all black handguns

4. US Currency, including but not limited to U.S. Currency bearing serial numbers: MJ00637731A ($20.00), JJ29329861B ($20.00), JL01474882C ($20.00), JD13671739D ($20.00), ML16336311B ($20.00), ML16336313B ($20.00).

5. Black/Orange/Gray (Safari Print) Nike Air Foamposite shoes

6. Red men's shorts and/or red men's pants

7. Light colored gloves

8. Black face mask

9. Wal-Mart grocery sack

10. Any/all paperwork showing ownership/possession of a dark gray Pontiac Grand Prix bearing Kansas plate 171NPE (VIN: 2G2WS522241277327)

11. Any/all paperwork showing indica of occupancy related to 3010 North 76th Street, Kansas City, Kansas

14